```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 21034
    OMAR I CASTRO
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-4864

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 08/12/2008 and was not confirmed.

      The case was dismissed without confirmation 11/13/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
HOMEQ SERVICING CORP       CURRENT MORTG         .00           .00           .00
HOMEQ SERVICING CORP       MORTGAGE ARRE    58000.00           .00           .00
SBC                        UNSECURED        NOT FILED          .00           .00
PRA RECEIVABLES MGMT       UNSECURED        11702.24           .00           .00
ADVOCATE ILLINOIS MASONI   UNSECURED        NOT FILED          .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED        NOT FILED          .00           .00
JEASNISE GRIFFEN           NOTICE ONLY      NOT FILED          .00           .00
JORGE ZUNIGA               NOTICE ONLY      NOT FILED          .00           .00
CARMEN M CASTRO            NOTICE ONLY      NOT FILED          .00           .00
BENNIE W FERNANDEZ         DEBTOR ATTY           .00                         .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                            .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                          .00
                           --------------      --------------
TOTALS                          .00                    .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 02/25/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 08 B 21034 OMAR I CASTRO